IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HORIZON LINES, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>KAMUELA DAIRY, INC., ET AL., )<br>)<br>Defendants. )<br>_____ ) | CIV. NO.  08-00039 JMS/LEK |

ORDER ADOPTING AMENDMENT TO MAGISTRATE'S
FINDINGS AND RECOMMENDATION

Amendment to Findings and Recommendation for Entry of Default Judgment, having been filed and served on all parties on September 3, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the June 16, 2008 Findings and Recommendations for Entry of Default Judgment, as amended

///

///

///

///

///

by the September 3, 2008 Amendment to Findings and Recommendation for Entry of Default Judgment, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, September 29, 2008.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Horizon Lines v. Kamuela Dairy et al.,* Civ. No. 08-00039 JMS/LEK; Order Adopting Amendment to Magistrate's Findings and Recommendation